## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

RAVISH NARVEER,                                    )
                                                   )
      Petitioner,                           )
                                                   )
v.                                                 )    Case No. CIV-26-00230-JD
                                                   )
                                                   )
DR. SCARLET GRANT, ET AL.,                         )
                                                   )
      Respondents.                          )

## <u>ORDER</u>

The Court is in receipt of the Petitioner's letter [Doc. No. 10]. The letter states that the Petitioner did not receive a copy of the Respondents' response to Petitioner's petition and requests a copy and requests that the deadline to file a reply to the Respondents' response be reset.

The Court does not act on correspondence and warns Petitioner that requests for court action must be filed as a motion. Future letters or correspondence by Petitioner will be stricken.

However, now that Petitioner has been warned, the Court in this instance will construe the letter as a motion and will grant the requested relief.

The Court directs the Clerk of Court to mail a copy of the Respondents' Response [Doc. No. 9] to Petitioner. Petitioner shall have 30 days from today to file a reply to the Response, or until June 3, 2026.

IT IS SO ORDERED this 4th day of May 2026.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE